**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 20 WAL 2024

            Respondent                  :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

            v.                           :

STEPHEN JOHN BEEGLE,                :

            Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 21 WAL 2024

            Respondent                  :

                                          :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

            v.                           :

STEPHEN JOHN BEEGLE,                :

            Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.